UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOHNSON, et al.,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　　　Defendant. | CASE NO. C16-1031JLR<br><br>ORDER STRIKING MOTION TO COMPEL |

Before the court is Plaintiffs Robert Johnson and Kristin Johnson's (collectively, "the Johnsons") motion to compel Defendant Nationstar Mortgage, LLC, to respond to discovery requests and for sanctions. (Mot. (Dkt. # 13).) The Johnsons filed that motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's October 14 2016, scheduling order. (*See* Sched. Order (Dkt. # 11) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom

deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES the Johnsons' motion to compel (Dkt. # 13) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.[1]

Dated this 17th day of April, 2017.

JAMES L. ROBART
United States District Judge

---

[1] The court recognizes that the Johnsons filed their motion to compel on the last day permitted for such motions under the court's scheduling order. (*See* Sched. Order at 1 ("All motions related to discovery must be filed by . . . April 14, 2017").) Accordingly, the court extends this deadline until Friday, April 21, 2017, to permit the Johnsons an opportunity to renew their motion in a manner that complies with the requirements set forth in the court's scheduling order. The court admonishes the Johnsons' counsel to carefully read and abide by the court's orders in the future.