UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOHNSON, et al.,<br><br>                    Plaintiffs,<br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>                    Defendant. | CASE NO. C16-1031JLR<br><br>ORDER REGARDING THE PARTIES' LETTERS CONCERNING MEDIATION |

The court has received the parties' letters concerning their inability to agree upon a mediator. (Pl. Letter (Dkt. # 38); Def. Letter (Dkt. # 39).) Local Civil Rule 39.1(a)(4) states that participation in alternative dispute resolution ("ADR") "is voluntary unless the court orders the parties to participate." Local Rules W.D. Wash. LCR 39.1(a)(4).

//
//
//
//

ORDER - 1

Accordingly, if the parties are unable to agree upon a mediator, the court relieves them of any obligation to participate in ADR.

Dated this 26th day of June, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2